No. 11–6203. MCKINSTRY *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 11–6214. MAXSON *v.* WOODS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6235. BERMUDEZ *v.* CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–6236. BLANCHARD *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–6238. BARKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–6243. DUMONT *v.* MORGAN STANLEY & CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–6249. ROMERO *v.* RYAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6259. CHRISTMAS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–6260. STEVENSON *v.* SHOUP ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6267. WADE *v.* PETERSON. C. A. 5th Cir. Certiorari denied.

No. 11–6269. WILKINS *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Certiorari denied.

No. 11–6274. BIGHAM *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 11–6275. ALLEN *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

